In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00250-CR
_____

MARCUS EUGENE MORGAN, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

**On Appeal from the 128th District Court**
**Orange County, Texas**
**Trial Cause No. A-040080-R**

_____

**MEMORANDUM OPINION**

In carrying out a plea bargain agreement, Marcus Eugene Morgan pled guilty to burglary of a habitation. *See* Tex. Penal Code Ann. § 30.02(a)(3) (West 2011). Under the terms of the plea agreement, the trial court deferred the adjudication of Morgan's guilt, placed Morgan on community supervision for ten years, and assessed a fine of $1,000. Subsequently, the State filed a motion asking the trial court to find Morgan guilty of burglarizing a habitation. After a hearing,

1

the trial court found Morgan guilty, entered a judgment assessing a ten-year sentence, and imposed a $1,000 fine. However, the trial court then suspended Morgan's sentence and placed him on probation for ten years.

Subsequently, the State filed a motion asking the trial court to revoke Morgan's probation. After a hearing on the motion to revoke, the trial court revoked Morgan's probation. After Morgan's sentencing hearing, the trial court entered a judgment requiring Morgan to serve seven years in prison and to pay a fine of $1,000.

On appeal, Morgan's counsel filed a brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On September 6, 2012, we granted an extension of time for the appellant to file a *pro se* response. Morgan has not filed a response.

We have reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf.*

*Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial

court's judgment.[1]

       AFFIRMED.

_____
HOLLIS HORTON
Justice

Submitted on December 28, 2012
Opinion Delivered February 13, 2013
Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.

---

[1]Appellant may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.